1  Robert L. Lash (SBN 184563)
   rlash@hlnylaw.com
2  **HUR & LASH, LLP**
   390 Fifth Avenue, Suite 900
3  New York, New York 10018
   Telephone: (212) 468-5590
4  Facsimile:  (212) 468-5599

5
   Attorneys for Plaintiff,
6  **CHEVEUX CORPORATION**

7
   Daniel C. Cotman (SBN 218315)
8  dan@cotmanlaw.com
   Edward C. Schewe (SBN 143554)
9  ed@cotmanlaw.com
   COTMAN IP LAW GROUP, PLC
10 35 Hugus Alley, Suite 210
   Pasadena, CA 91103
11 Telephone: (626) 405-1413
   Facsimile:  (626) 316-7577
12

13 Attorneys for Defendants,
   **THREE BIRD NEST, LLC and**
14 **THREE BIRD NEST DESIGNS, LLC**

15

16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19 | CHEVEUX CORPORATION, | ) Case No.: 4:19-cv-00513 YGR |
20 |         Plaintiff, | ) |
   |                    | ) **STIPULATION OF VOLUNTARY** |
21 | v.                 | ) **DISMISSAL PURSUANT TO F.R.C.P.** |
   |                    | ) **41(a)(1)(A)(ii)** |
22 |                    | ) |
23 | THREE BIRD NEST, LLC and THREE | ) |
   | BIRD NEST DESIGNS, LLC, | ) |
24 |                    | ) |
   |         Defendants. | ) |
25 |                    | ) |

26

27

28

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that, pursuant to a Settlement Agreement and Release entered into by the Plaintiff and both Defendants and effective as of April 26, 2019, the above-captioned action is voluntarily dismissed with prejudice, including all claims and counterclaims, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs, disbursements, and attorneys' fees.

Respectfully submitted,

Dated:  April 30, 2019           **HUR & LASH, LLP**

_s/ Robert L. Lash_____
Robert L. Lash
**HUR & LASH, LLP**
390 Fifth Avenue, Suite 900
New York, New York 10018
Telephone: (212) 468-5590
Facsimile:  (212) 468-5599

Attorneys for Plaintiff,
**CHEVEUX CORPORATION**

Dated:  April 30, 2019           **COTMAN IP LAW GROUP, PLC**

s/Edward C. Schewe/_____
Edward C. Schewe
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone: (626) 405-1413
Facsimile:  (626) 316-7577

Attorneys for Defendants,
**THREE BIRD NEST, LLC and THREE BIRD NEST DESIGNS, LLC**