1 | Robert L. Lash (SBN 184563)
rlash@hlnylaw.com
**HUR & LASH, LLP**
390 Fifth Avenue, Suite 900
New York, New York 10018
Telephone: (212) 468-5590
Facsimile: (212) 468-5599

Attorneys for Plaintiff,
**CHEVEUX CORPORATION**

Daniel C. Cotman (SBN 218315)
dan@cotmanlaw.com
Edward C. Schewe (SBN 143554)
ed@cotmanlaw.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone: (626) 405-1413
Facsimile: (626) 316-7577

Attorneys for Defendants,
**THREE BIRD NEST, LLC and**
**THREE BIRD NEST DESIGNS, LLC**

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
5/10/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVEUX CORPORATION, | Case No.: 4:19-cv-00513 YGR |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| THREE BIRD NEST, LLC and THREE BIRD NEST DESIGNS, LLC, | |
| Defendants. | |

1 | IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that, pursuant to a Settlement Agreement and Release entered into by the Plaintiff and both Defendants and effective as of April 26, 2019, the above-captioned action is voluntarily dismissed with prejudice, including all claims and counterclaims, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, disbursements, and attorneys' fees.

Respectfully submitted,

Dated: April 30, 2019        **HUR & LASH, LLP**

_s/ Robert L. Lash_
Robert L. Lash
**HUR & LASH, LLP**
390 Fifth Avenue, Suite 900
New York, New York 10018
Telephone: (212) 468-5590
Facsimile: (212) 468-5599

Attorneys for Plaintiff,
**CHEVEUX CORPORATION**

Dated: April 30, 2019        **COTMAN IP LAW GROUP, PLC**

s/Edward C. Schewe/
Edward C. Schewe
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone: (626) 405-1413
Facsimile: (626) 316-7577

Attorneys for Defendants,
**THREE BIRD NEST, LLC and THREE BIRD NEST DESIGNS, LLC**